ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Arcadis U.S., Inc. | ) | ASBCA Nos. 63582, 63980 |
| | ) | |
| Under Contract No. W912DR-15-D-0018 | ) | |

APPEARANCES FOR THE APPELLANT:     Douglas L. Patin, Esq.
                                   Erik M. Coon, Esq.
                                     Bradley Arant Boult Cummings LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   Adam J. Kwiatkowski, Esq.
                                     Engineer Trial Attorney
                                     U.S. Army Engineer District, Baltimore

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 15, 2025

_____
JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63582, 63980, Appeals of Arcadis U.S., Inc., rendered in conformance with the Board's Charter.

Dated:  August 15, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals